

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00286-CV

| | | |
|---|---|---|
| TERRY L'AMBER-HOPE AND AMERICAN MEDICAL RESPONSE, INC., Appellants | § | On Appeal from County Court at Law No. 3 |
| | § | of Tarrant County (2020-005868-3) |
| V. | § | June 2, 2022 |
| TABITHA STEWART, Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order denying Appellants Terry L'Amber-Hope and American Medical Response, Inc.'s motion to dismiss is affirmed.

It is further ordered that Appellants Terry L'Amber-Hope and American Medical Response, Inc. must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr